

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00268-CR

Stacy James **SPENCER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR2340
Honorable Ron Rangel, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED, and counsel's motion to withdraw is GRANTED.

SIGNED February 19, 2020.

_____
Rebeca C. Martinez, Justice